UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

HUEY MAGOO'S RESTAURANTS, LLC,
a Delaware limited liablity company,

    Plaintiff,

v.                                            Civil Action No.

BROWN FAMILY RESTAURANTS LLC,
a Florida limited liability company,

    Defendant.
_____/

## COMPLAINT

Plaintiff HUEY MAGOO'S RESTAURANTS, LLC, ("**Huey Magoo's**" or "**Plaintiff**"), by its undersigned counsel, brings this action seeking injunctive relief and damages for trademark infringement and unfair competition arising from the use by Defendant BROWN FAMILY RESTAURANTS LLC ("**Defendant**") of the names "Huey's Nashville Hot Chicken" and "Huey's Nashville Hot Chicken (and design)" in connection with fast food restaurants featuring chicken. In support, Plaintiff alleges:

## PARTIES

1. Huey Magoo's is a Delaware limited liability company with its principal place of business at 4941 Sarazen Drive, Hollywood, Florida 33021. Huey Magoo's is in the business of owning, operating, and franchising fast food chicken restaurants ("**Services**"). Huey Magoo's provides its Services throughout Florida and in Georgia and Alabama. It operates a web site at www.hueymagoos.com.

2. Upon information and belief, Defendant Brown Family Restaurants LLC is a Florida limited liability corporation with its principal place of business at 1173 Edgewood Ave. S, Jacksonville, Florida 32205. Defendant is in the business of operating a fast food chicken restaurant known as "Huey's Nashville Hot Chicken." Defendant operates a web site at www.

hueyshotchicken.com.

## JURISDICTION AND VENUE

3. This is an action for trademark infringement and unfair competition brought under the Lanham Act, 15 U.S.C. §1051 *et seq*.

4. This Court has personal jurisdiction over Defendant because it is a Florida limited liability company that regularly conducts business in Florida.

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338 and 1367 because the matter in controversy involves a federal question of trademark law.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## BACKGROUND

7. Huey Magoo's began operating fast food chicken restaurants in Orlando, Florida, in 2004, and has done so on a continuous basis since that time. Today, Huey Magoo's operates and franchises its restaurant locations throughout Florida as well as in Georgia and Mississippi. Huey Magoo's does not and has not ever provided its Services in or near Jacksonville.

8. Huey Magoo's owns a federally registered trademark for the mark HUEY MAGOOS CHICKEN TENDERS (AND DESIGN), U.S. Reg. No. 3973005, for use in connection with restaurant services and take-out restaurant services ("**Registration**"):



This Registration, issued on June 7, 2011, is based on use of the mark since at least as early as August 31, 2008, and has achieved incontestable status by virtue of more than five (5) years of use in commerce without challenge or adjudication concerning the right to exclusive use of the mark in connection with restaurant services.

9.  Huey Magoo's also owns applications to register HUEY MAGOO'S, U.S. Ser. No. 90060491; HUEY MAGOO'S CHICKEN TENDERS, U.S. Ser. No. 90060490 and G (AND DESIGN), U.S. Ser. No. 90061396 ("**Trademarks**").

10. Huey Magoo's has invested significant resources into acquiring and building the HUEY MAGOO'S brand for restaurant services and it is entitled to benefit from the recognition and goodwill associated with the exclusive use of the mark in connection with its Services for many years.  It is currently negotiating franchise contracts for nine (9) new restaurants in and around Jacksonville.

11. As a result of the extensive and substantial promotion, advertising, and sales of its Services under its Trademarks, and the maintenance of the highest quality standards relating thereto, the Trademarks have become well known to the public as a distinctive indication of origin of these Services.

12. On or about January 26, 2021, Huey Magoo's learned that Defendant operates a fast food chicken restaurant known as "Huey's Nashville Hot Chicken" in Jacksonville, Florida. Specifically, a customer in a Huey's Magoo's restaurant stated that he was aware of Huey Magoo's Jacksonville restaurant.  The customer was confused as to the source or affiliation of the Jacksonville restaurant as he was referring to Huey's Nashville Hot Chicken.

13. On January 27, 2021, Huey Magoo's sent a letter to Defendant requesting that it cease using the term "Huey's" in connection with its fast food chicken restaurant.  A copy of that letter is attached as Exhibit A.  Huey Magoo's has not received a response to its request.

14. Defendant's name is confusingly similar to the Trademarks, beginning with the term HUEY('S), comprised of four (4) terms, and including a stylized chicken with comb.  The services are identical, as are the channels of trade in which they are marketed and sold.

15. Defendant has intentionally and deliberately used and continues to use a name and design that is similar to the Trademarks for the purpose of exploiting and trading upon Plaintiff's substantial goodwill and reputation of symbolized by the Marks and to enable Defendant to confuse and mislead its customers into believing that its services emanate from, or otherwise are

sponsored by or affiliated with, Huey Magoo's.

16. Upon information and belief, Defendant is actively seeking to expand its Huey's Nashville Hot Chicken restaurants to additional locations in and around Jacksonville.

17. Actual consumer confusion has resulted from Defendant's use of a name and logo confusingly similar to the Trademarks.

18. Defendant's use of a name and logo so similar to the Trademarks has created and is likely to continue to create consumer confusion, mistake, or deception to the source and sponsorship of Defendant's fast food restaurant services.

## COUNT I
### (Trademark Infringement 15 U.S.C. § 1114)

19. Huey Magoo's restates and incorporates by reference as if fully set forth the allegations of paragraphs 1 through 18, inclusive.

20. Defendant is providing fast food restaurant services featuring chicken under a name that is confusingly similar to the Registration.

21. Defendant markets and provides its services goods in the same channels of trade and to the same consumers as does Huey Magoo's.

22. Defendant's use of "Huey's Nashville Hot Chicken" and "Huey's Nashville Hot Chicken (and Design)" for fast food restaurants featuring chicken has caused and is likely to continue to cause consumer confusion, mistake, or deception as to the source, sponsorship, or endorsement of its and related services and commercial activities, constituting trademark infringement and causing damage to Huey Magoo's in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

23. Defendant's conduct has caused irreparable injury to Huey Magoo's reputation and goodwill for which Defendant has no adequate remedy at law.

## COUNT II
### (Unfair Competition 15 U.S. C. § 1125(a))

24. Huey Magoo's restates and incorporates by reference as if fully set forth the

allegations of paragraphs 1 through 23, inclusive.

25. Defendant is providing fast food restaurant services featuring chicken under a name that is confusingly similar to the Trademarks.

26. Defendant's use of "Huey's Nashville Hot Chicken" and "Huey's Nashville Hot Chicken (and Design)" for fast food restaurants featuring chicken has caused and is likely to continue to cause consumer confusion, mistake, or deception as to the source, sponsorship, or endorsement of its and related services and commercial activities, constituting unfair competition and causing damage to Huey Magoo's in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

27. Defendant's conduct has caused irreparable injury to Huey Magoo's reputation and goodwill for which Defendant has no adequate remedy at law.

## COUNT III
### (Common Law Unfair Competition)

28. Huey Magoo's restates and incorporates by reference as if fully set forth the allegations of paragraphs 1 through 27, inclusive.

29. Defendant's use of "Huey's Nashville Hot Chicken" and "Huey's Nashville Hot Chicken (and Design)" for fast food restaurants featuring chicken has caused and is likely to continue to cause consumer confusion, mistake, or deception as to the source, sponsorship, or endorsement of its and related services and commercial activities, constituting unfair competition and causing damage to Huey Magoo's in violation of the common law of Florida.

30. Defendant's conduct has caused irreparable injury to Huey Magoo's reputation and goodwill for which Defendant has no adequate remedy at law.

WHEREFORE, Plaintiff HUEY MAGOO'S RESTAURANTS, LLC respectfully requests the following relief:

A. Preliminary and permanent injunctions enjoining Defendant, BROWN FAMILY RESTAURANTS LLC its officers, agents, servants, employees, licensees, attorneys, and those in active concert or participation with them, from using, reproducing, advertising, or promoting in

connection with any restaurant service with the term, name or mark HUEY, or any confusingly similar name or mark;

  B. An award of damages, plus prejudgment and post judgment interest, to Huey Magoo's in an amount to be determined at trial;

  C. An award to Huey Magoo's of its reasonable attorneys' fees and costs for this action; and

  D. Such other and further relief as this Court deems equitable and just.

Dated:  February 12, 2021

        **SAUL EWING ARNSTEIN & LEHR LLP**
        701 Brickell Avenue, 17th Floor
        Miami, Florida 33131
        Telephone: (305) 428-4500
        Facsimile: (305)374-4744
        Email: hilda.piloto@saul.com
        Email: aida.mclaughlin@saul.com

By: /s/Hilda Piloto
        Hilda Piloto
        Florida Bar No. 0154120

# EXHIBIT A

**SAUL EWING ARNSTEIN & LEHR** LLP

Sherry H. Flax
Phone: (410) 332-8784
Fax: (410) 332-8862
Sherry.Flax@saul.com
www.saul.com
Our File No. 946758.00121

January 27, 2021

**VIA ELECTRONIC MAIL ONLY (hughes@hueyshotchicken.com)**

Mr. Hughes Brown
1173 Edgewood Ave.
Jacksonville, FL 32205

      Re:  HUEY'S Infringement

Dear Mr. Brown:

    This office represents Huey Magoo's Restaurants, LLC, a Florida limited liability company that is in the business of operating fast food restaurants featuring chicken. Huey Magoo's has been in business on a continuous basis since 2004 and currently operates restaurants throughout Florida and in Georgia and Mississippi.  Huey Magoo's owns a registered trademark for the mark HUEY MAGOOS CHICKEN TENDERS (AND DESIGN), U.S. Reg. No. 3973005, for use in connection with restaurant services, and take-out restaurant services:



This registration, issued on June 7, 2011, is based on use of the mark since at least as early as August 31, 2008, and is incontestable.  Huey Magoo's also owns applications to register HUEY MAGOO'S, U.S. Ser. No. 90060491; HUEY MAGOO'S CHICKEN TENDERS, U.S. Ser. No. 90060490 and G (AND DESIGN), U.S. Ser. No. 90061396:



500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
38005290.1

Page 2

Many years of use of the HUEY MAGOO'S marks has resulted in widespread consumer recognition and goodwill associated with the company's goods and services.

We have recently learned that you are using the name "Huey's Nashville Hot Chicken" in connection with your restaurant in Jacksonville. In addition to using the identical primary term in connection with providing the same services, your logo mimics the Huey Magoo's chicken, copying even the comb on our chicken's head. Simply put, your name, logo, and overall look and feel, used in connection with providing the same services in the same channels of trade, are remarkably similar to Huey Magoo's registered and pending trademarks. It is indisputable that consumers are likely to believe that your business activities are affiliated with, sponsored, or authorized by Huey Magoo's.

Your unauthorized use of a confusingly similar name and logo violates federal and state trademark and unfair competition law. Under these circumstances, Huey Magoo's requests that you discontinue all use of the term Huey and any confusingly similar terms in connection with providing your restaurant and related services. .

Please contact this office by Friday, February 5, 2021, to notify us of your compliance with our request. We appreciate your attention and look forward to a prompt and amicable resolution of this matter.

Very truly yours,

/sherry flax/

Sherry H. Flax

cc: Huey Magoo's Restaurants, LLC